No. 409. BOARD OF EDUCATION OF LITTLE ROCK SCHOOL DISTRICT ET AL. *v.* CLARK ET AL. C. A. 8th Cir. Application for stay restraining petitioners from continuing any construction at Henderson Junior High School in Little Rock, Arkansas, pending final disposition of all issues presented in case No. 20485 now pending before the United States Court of Appeals for the Eighth Circuit, which application was presented to MR. JUSTICE BLACK, and by him referred to the Court, granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. 557. UNITED STATES *v.* INTERNATIONAL MINERALS & CHEMICAL CORP. Certified appeal from S. D. Ohio. [Probable jurisdiction noted, 400 U. S. 990.] Motion of the Solicitor General for leave for John F. Dienelt to present oral argument *pro hac vice* granted.

No. 1081. WHITCOMB, GOVERNOR OF INDIANA, ET AL. *v.* AFFELDT ET UX. Appeal from D. C. N. D. Ind. Application for stay of judgment of District Court presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 5586. BELL *v.* BURSON, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF GEORGIA. Ct. App. Ga. [Certiorari granted, 400 U. S. 963.] Motion of Elizabeth Roediger Rindskopf for leave to argue *pro hac vice* on behalf of petitioner granted.

No. 1178. PIPER *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE ET AL.;

No. 6329. RABB *v.* UNITED STATES;

No. 6477. SORRELLS *v.* UNITED STATES; and

No. 6539. McCRAY *v.* MARYLAND. Motions for leave to file petitions for writs of mandamus denied.